JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | Case No. CV 16-6365-GW(SP) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| J. MEYERS, et al., | |
| Defendants. | |

On August 24, 2016, plaintiff Carlos Hendon initiated this action by filing a civil rights complaint. Plaintiff did not pay the $350 filing fee, but did file a request to proceed without prepayment of filing fees or in forma pauperis ("IFP request").

On September 9, 2016, the Court denied plaintiff's IFP request. The Court further ordered that plaintiff shall pay the filing fees in full within 30 days or this case will be dismissed. More than 30 days have now passed, and plaintiff has not paid the full filing fee owed. Instead, he has sought to appeal the dismissal of this case.

//
//

IT IS THEREFORE ORDERED that this case is DISMISSED.  No further filings shall be accepted under this case number.

DATED: October 28, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE